DAVID B. GOLDBERG, JR., et al., Infants, by CLAIRE GOLDBERG, as General Guardian and Guardian ad Litem, Respondents, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.

Argued May 1, 1942; decided June 4, 1942.

*John G. Kelly* and *Louis W. Dawson* for appellant.

*Frederick E. Weinberg* and *Arthur J. Brothers* for respondents.

Appeal dismissed, without costs, on the authority of *Travelers Insurance Company* v. *Shachner* (280 N. Y. 758). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.